UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: _____

FRANCISCO MILANES,

    Plaintiff,

v.

HURRICANE SHUTTER PROS LLC; a Florida Limited Liability Company, and BASHEER MUSTAFA, individually,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF REMOVAL OF ACTION

TO THE CLERK OF THE ABOVE-ENTITLED COURT, FRANCISCO MILANES, AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Defendants, HURRICANE SHUTTER PROS LLC and BASHEER MUSTAFA, have been named and served as Defendants in the above-captioned matter. The Defendants now remove the action to this Court pursuant to 28 U.S.C. §§1331 and 1441. In support of this Notice of Removal, the Defendants show as follows:

### FACTS

1. A summons and a Complaint, with the caption *Francisco Milanes v. Hurricane Shutter Pros, LLC, et al.* was served on the Defendants on July 26, 2022. A copy of the Summons and Complaint, which were served on the Defendants less than thirty (30) days ago and constitute all process, pleadings, and orders served in that case is attached as ***Exhibit "A"***.

2. Paragraph 1 of the Complaint alleges that "Plaintiff also brings this action for violation of federal wage and hour laws as well as violation of and pursuant to the Fair Labor

Standards Act, as amended (29 U.S.C. §201, et seq., hereinafter "FLSA") to recover unpaid minimum wage and/or overtime compensation…"

3. Counts II, III, IV, and V of the five-count Complaint allege causes of action under the Fair Labor Standards Act, 29 U.S.C. §201, et seq. Specifically, Counts II and IV allege unpaid wages under the FLSA against each of the two Defendants, and Counts III and V allege unlawful retaliation under the FLSA against each of the two Defendants.

4. Each of the aforementioned four counts is asking the Court to find that the subject Defendant had violated the FLSA and invokes the FLSA for jurisdictional purposes.

5. The one other count asserted in the Complaint (Count I) alleges a claim under the Florida Whistleblower Act, Fla. Stat. §448.102 ("FWA")

6. Because the Complaint makes allegations based on the Fair Labor Standards Act – a federal statute – the Complaint presents an original federal question, and jurisdiction in this Court is proper pursuant to 28 U.S.C. §1331.

7. Venue is proper in this District pursuant to 28 U.S.C. §1391(b) and the Local Rules of the United States District Court for the Southern District of Florida, Miami Division because the Complaint alleges that the underlying facts occurred within Miami-Dade County, Florida – in the Southern District of Florida. See, Compl. at ¶10

8. Pursuant to 28 U.S.C. §1441(a), a Defendant may remove any action within this Court's original jurisdiction to this Court.

9. This Notice of Removal is timely in that it has been filed within thirty (30) days of Defendants' first receipt of the Complaint in this matter on July 26, 2022. See, 28 U.S.C §1446(b).

## NOTICE TO PLAINTIFF

Contemporaneously with the filing of this Notice of Removal in the United States District Court for the Southern District of Florida, written notice of such filing will be served on Plaintiff's counsel of record. In addition, a copy of this Notice of Removal will be filed with the Clerk of the Court for the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, FL.

WHEREFORE, having provided notice as required by law, Defendants remove the aforesaid State court action to this Court under the style shown above.

Respectfully submitted, this 15th day of August, 2022.

        ADI AMIT, P.A.
        *Attorneys for Defendants*
        101 NE 3rd Ave., Suite 300
        Fort Lauderdale, Florida 33301
        Phone:   (954) 533-5922
        Fax:      (954) 302-4963
        E-mail:   adi@defenderofbusiness.com

        By: *s/Adi Amit*
            Adi Amit, Esquire
            Florida Bar No. 35257

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on August 15, 2022, a true and correct copy of the foregoing Notice of Removal was served by first class mail and electronically to Daniel H. Hunt, Esq., P.O. Box 565096, Miami, FL 33130 (dhuntlaw@gmail.com).

        /s/ *Adi Amit*
        Adi Amit